UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern Division

David Schmidt, individually and on behalf of all others similarly situated,
Plaintiff,

v.

CASE NO.: 4:19-cv-542

HLO Collection Services, LLC
and John Does 1-25
Defendant.

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 27, 2020

| For Plaintiff Dave Schmidt | For Defendant HLO Collection Services, LLC |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Nicholas Glen Higgins<br>Nicholas Glen Higgins<br>Licker Law Firm<br>1861 Sherman Drive<br>St. Charles, MO 63303<br>314-610-4009<br>Nicholas@nghlo.com |

1